UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANA MCDONALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV00001 AGF |
| ) | |
| NEXTSTUDENT INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

In light of the filing of Plaintiff's second amended complaint,

**IT IS HEREBY ORDERED** that Defendant's previously-filed motion for summary judgment is **denied as moot**. [Doc. #9]

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgement, Plaintiff's response thereto, and Defendant's reply, including all related memoranda , statements, and exhibits (Docs. # 9, #10, #11, #12, #19, #20, and #25) shall be redocketed by the Clerk's Office as filed herein on this date, and addressing the second amended complaint.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of July, 2007.