UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANA MCDONALD, f/k/a ANA BOETTCHER, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>NEXTSTUDENT, INC., )<br>)<br>    Defendant. ) | Case No. 4:07CV0001AGF |

## **JUDGMENT**

The parties having filed with the Court notice of an Offer of Judgment by Defendant NextStudent, Inc., and Plaintiff Ana McDonald's Acceptance of the Offer of Judgment, in accordance with Federal Rules of Civil Procedure 68(a), judgment by the Clerk must be entered.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff shall have judgment against Defendant NextStudent, Inc. in the amount of $1,000.00, plus punitive damages of $9,000.00 and costs to date as determined by the Court.

Dated this 23rd day of April, 2008.

                                                  JAMES G. WOODWARD, Clerk

                                              By___/s/ C. Lippold_____

                                                Deputy Clerk